STATE OF CONNECTICUT *v.* DAVID BLOCKER

The defendant's petition for certification for appeal from the Appellate Court, 46 Conn. App. 734 (AC 15316), is denied.

*Mark Rademacher*, special assistant public defender, in support of the petition.

*John A. East III*, assistant state's attorney, in opposition.

Decided November 6, 1997

STATE OF CONNECTICUT *v.* JOHN PRESTON

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 46 Conn. App. 778 (AC 15834), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that, under the evidence in this case, the third and fourth prongs of *State* v. *Whistnant*, 179 Conn. 576, 588 (1980), were satisfied, in that the trial court was required to give a charge on the lesser included offense of larceny in the sixth degree?"

KATZ, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 15814.

*Susann E. Gill*, assistant state's attorney, in support of the petition.

*Susan M. Hankins*, assistant public defender, in opposition.

Decided November 6, 1997